1  Al Lustgarten, Bar # 189503
   Lustgarten Law
   30851 Agoura Rd # 114
2  Agoura Hills, Ca 91301
   Phone; 818-907-5866    Fax 818-461-5959
3  Attorney for Plaintiff

4              UNITED STATES DISTRICT COURT
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
5

6  J&J SPORTS PRODUCTIONS, INC,                )
                                                )
7           Plaintiff,        vs.               )   Case No.: 2:11-CV-09299-WDK-FMO
                                                )
8  MARTHA HERNANDEZ, et al,                    )
                                                )   **RENEWAL OF JUDGMENT BY CLERK NUNC
                                                )   PRO TUNC TO MARCH 20, 2023**
9           Defendant,                          )
                                                )

 Based upon the application for renewal of the judgment of the original judgment, and pursuant to

F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

   Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant, Martha Hernandez,

an individual d/b/a Taqueria Hernandez; Roberto Hernandez, an individual d/b/a Taqueria Hernandez,

entered on March 20, 2013, be and the same is hereby renewed in the amounts as set forth below:

       Renewal of money judgment

         a.  Total judgment                              $      3,830.00
         b.  Costs after judgment                        $          0.00
         c.  Subtotal *(add a and b)*                    $      **3,830.00**
         d.  Credits                                     $          0.00
         e.  Subtotal *(subtract d from c)*              $      **3,830.00**
         f.  Interest after judgment (.15%)              $         37.48
         g.  Fee for filing renewal of application       $          0.00
         h.  Total renewed judgment (add e, f and g)  $      **3,867.48**

Dated: 09/21/2023                         CLERK, by Deputy  *Sharon Hall Brown*
NUNC PRO TUNC  FFECTIVE
TO MARCH 20, 2023                         Kiry A. Gray,
                                          Clerk of U.S. District Court

                          Renewal of Judgment